# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DORELLE L. H., | Case No. 20-CV-1057 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJACKAZI, Acting Commissioner of Social Security | |
| Defendant. | |

The Court has received the July 27, 2021 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 24.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 24) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 18) is GRANTED IN PART AND DENIED IN PART;

3. Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED; and

4. This matter is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. Section 405(g) (sentence four), consistent with the Report and Recommendation.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 11, 2021 BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge